IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Brian Mitchell Joint, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 4:11-cv-810-TLW-SVH |
| ) | |
| Patricia Gattison, South Carolina DSS, ) | |
| and Department of Social Services ) | |
| Collection, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

# **ORDER**

On April 5, 2011, the plaintiff, Brian Mitchell Joint ("plaintiff"), proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. (Doc. #1). The case was referred to United States Magistrate Judge Shiva V. Hodges pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 13). On May 24, 2011, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that this case be dismissed without prejudice and without issuance and service of process. (Doc. # 13). The plaintiff filed no objections to the Report. Objections were due on June 10, 2011.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

1

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 13). For the reasons articulated by the Magistrate Judge, this case is **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

                                                    s/Terry L. Wooten
                                               United States District Judge

July 5, 2011
Florence, South Carolina